No. 961. GERKE ET AL. *v.* UNITED STATES. April 13, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Samuel I. Kessler* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 991. EDWIN L. WIEGAND CO. ET AL. *v.* HAROLD E. TRENT CO. ET AL. April 13, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Hadley F. Freeman* for petitioners. *Messrs. Harvey Lechner* and *Edward H. Davis* for respondents.

No. 993. NORRISTOWN BOX CO. *v.* NATIONAL LABOR RELATIONS BOARD. April 13, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. J. B. Hillegass* and *Wm. J. Moran, Jr.* for petitioner. *Solicitor General Fahy* and *Messrs. Robert L. Stern, Robert B. Watts, Ernest A. Gross,* and *Morris P. Glushien* for respondent.

No. 997. COVIELLO *v.* NEW YORK CENTRAL RAILROAD CO. April 13, 1942. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. Edward A. Markley* for petitioner. *Mr. John A. Hartpence* for respondent.

No. 1005. BOHNKE ET AL. *v.* STATE OF NEW YORK. April 13, 1942. Petition for writ of certiorari to the County Court of Suffolk County, New York, denied. *Mr. Hayden C. Covington* for petitioners. *Mr. John J. Bennett, Jr.,*